# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DUSTIN GLENN,

    Petitioner,

- vs -

PREBLE COUNTY SHERIFF
DEPARTMENT AND STATE OF
OHIO

    Respondent.

Case No. 3:17-cv-435

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 11) to the Magistrate Judge's Report and Recommendations recommending the Petition be dismissed (ECF No. 4).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

February 20, 2018.

                                                Walter H. Rice
                                              United States District Judge