# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DUSTIN GLENN,

                  Petitioner,        :     Case No. 3:17-cv-435

 - vs -                              District Judge Walter H. Rice
                                       Magistrate Judge Michael R. Merz

PREBLE COUNTY SHERIFF
DEPARTMENT AND STATE OF
OHIO
                                  :
                Respondent.

---

# RECOMMITTAL ORDER

---

       This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 29) to the Magistrate Judge's Order (ECF No. 23).

       The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

April 6, 2018.

                                       Walter H. Rice
                                      United States District Judge